No. —, original. Ex parte Warren Elwood; and

No. —, original. Ex parte Kenneth Gerard. February 5, 1940. Motions for leave to file petitions for writs of habeas corpus denied.

No. —, original. Ex parte Samuel White. February 5, 1940. Motion for leave to file petition for writ of prohibition denied.

No. 648. Winkelman v. Allman. February 5, 1940. Motion of respondent to require petitioner to post a cost bond denied without prejudice to an application to the Circuit Court of Appeals for the Ninth Circuit. *Mr. Walter C. Fox, Jr.* for petitioner. *Mr. Roy G. Allman* for respondent.

No. 473. McGoldrick, Comptroller of the City of New York, v. Gulf Oil Corp. See *post*, p. 692.